**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Roanoke Division**

WESTERN WORLD INSURANCE )
COMPANY, )
)
        Plaintiff, )
)   Case No.: 7:17-CV-518
v. )
)
AIR TECH, INC., )
)
        Defendant. )
_____)

**ORDER**[1]

      For the reasons set forth in the accompanying memorandum opinion, it is hereby

**ORDERED** that Western World Insurance Company's motion for summary judgment (Dkt. No.

19) is **GRANTED**, Air Tech, Inc.'s cross-motion for summary judgment (Dkt. No. 21) is

**DENIED,** and this case is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the active

docket of the court.

      The Clerk is directed to send a certified copy of this order and the accompanying

memorandum opinion to all counsel of record.

      It is so **ORDERED**.

                         Entered:  March 29, 2019

                         *Robert S. Ballou*

                         Robert S. Ballou
                         United States Magistrate Judge

---

[1] This case is before me by consent of the parties pursuant to 28 U.S.C. § 636(c)(1).